# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19cr286 |
| vs. | ) | |
| ALEJANDRO MERCADO-GARCIA and FRANCISCO CARRILLO-NORIEGA | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant Mercado-Garcia's Unopposed Motion to Continue Trial [37]. The parties are engaged in ongoing plea negotiations and seek additional time to finalize this matter. Co-defendant Carrillo-Noriega does not object to a continuance. For good cause shown,

**IT IS ORDERED** that Defendant Mercado-Garcia's Unopposed Motion to Continue Trial [37] is granted, as follows:

1. The jury trial, **as to both defendants,** now set for February 25, 2020, is continued to **March 31, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 31, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED:** February 19, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge