## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEJANDRO MERCADO-GARCIA and FRANCISCO CARRILLO-NORIEGA,<br><br>            Defendants. | 8:19CR286<br><br>ORDER |

      This matter is before the court on Defendant Carrillo-Noriega's unopposed Motion to Continue Trial Date [62]. For the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

      **IT IS ORDERED** that Defendant Carrillo-Noriega's unopposed Motion to Continue Trial Date [62] is granted, as follows:

1. The jury trial, **as to both defendants,** now set for August 4, 2020, is continued to **September 15, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 15, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 22nd day of July 2020.

                                                             **BY THE COURT:**

                                                             s/ **Michael D. Nelson**
                                                             **United States Magistrate Judge**